AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida ▼

| | |
|---|---|
| ZSR Patlayici Sanayi A.S. ) <br> ) <br> ) <br> ) <br> *Plaintiff(s)* ) <br> v. ) <br> Matthew Sarac, ) <br> Sarac Distributors LLC, and ) <br> Yavex LLC ) <br> ) <br> ) <br> *Defendant(s)* ) | Civil Action No. 2:19-cv-864-FtM-38MRM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Matthew Sarac
    8411 Sedonia Drive
    Estero, Florida 33967

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Mehmet Baysan, Breeding Henry Baysan PC, 7 World Trade Center, 250 Greenwich Street, 46th Floor New York, NY 1006 Ph: (212) 235-1127

    Ludmila Khomiak, The Casas Law Firm, PC, Brickell Bayview Center, 80 S.W. 8th Street, Suite 2000 Miami, FL 33130 Ph: (855) 267-4457

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Dec 10, 2019          *MicheleStress*
                                                          Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Matthew Sarac__
was received by me on *(date)* __12/13/19__.

☒ I personally served the summons on the individual at *(place)* __8411 Sedonia Drive, Estero, Fl 33967__ on *(date)* __12/13/19__; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __12/17/19__

_____
Server's signature

__Chris Alward — Server__
Printed name and title

__2211 Widma Wy, Fort Myers, Fl 33901__
Server's address

Additional information regarding attempted service, etc:

State of __Florida__
County of __Lee__

Sworn to and subscribed before me on the __18__ day of __December 2019__

_____
Notary Public's Signature
My Commission Expires __June 20, 2021__

ROBIN L. LAURENTI
Commission # GG 091314
Expires June 20, 2021
Bonded Thru Troy Fain Insurance 800-385-7019

# CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of December 2019, a true and correct copy of the foregoing was served by U.S. Mail on the following:

Matthew Sarac
8411 Sedonia Drive
Estero, Florida 33967

Sarac Distributors LLC
6391 Corporate Park Circle, Suite 1
Fort Myers, Lee County, Florida 33966

Yavex LLC
6391 Corporate Park Circle, Suite 1
Fort Myers, Lee County, Florida 33966

By: /s/ Mehmet Baysan
Mehmet Baysan