**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
AT FORT MYERS**

| | | |
|---|---|---|
| ZSR Patlayici Sanayi A.S., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No.: 2:19-cv-864-FtM-38MRM |
| | ) | |
| Matthew Sarac, | ) | |
| Sarac Distributors LLC, and | ) | |
| Yavex LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's Order on Interested Persons and Corporate Disclosure Statement:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action— including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

<u>Plaintiff and Related Entities</u>:
    ZSR Patlayici Sanayi A.S.
    Sarsilmaz Muhimmat Sanayi A.S. aka Sarsilmaz Patlayici Sanayi A.S.
    Zirve Holding A.S.

<u>Plaintiff's Attorneys</u>:
    Mehmet Baysan, Breeding Henry Baysan P.C.
    Matthew Olinzock, Breeding Henry Baysan P.C.
    Ludmila Khomiak, The Cases Law Firm, P.C.

<u>Defendants</u>:
    Matthew Sarac
    Sarac Distributors LLC
    Yavex LLC

2. The name of every other entity whose publicly traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    None

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    None

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    ZSR Patlayici Sanayi A.S.
    Sarsilmaz Muhimmat Sanayi A.S. aka Sarsilmaz Patlayici Sanayi A.S.
    Zirve Holding A.S.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict. I further certify that I have inserted "None" if there is no actual or potential conflict of interest.

By: /s/ Mehmet Baysan
Mehmet Baysan *(admitted pro hac vice)*
Breeding Henry Baysan PC
900 S. Gay Street, Suite 1950
Knoxville, TN 37902
Telephone: (865) 670-8535
Facsimile: (865) 670-8536
Email: mbaysan@bhblegal.com

Ludmila Khomiak (FL Bar No. 91757)
The Casas Law Firm, PC
80 S.W. 8th Street, Suite 2000
Miami, FL 33130
Telephone: (855) 267-445
Email: mila@casaslawfirm.com

*Counsel for Plaintiff ZSR Patlayici Sanayi A.S.*

## CERTIFICATE OF SERVICE

       I hereby certify that on this 23rd day of December 2019, a true and correct copy of the foregoing was served by U.S. Mail on the following:

Matthew Sarac
8411 Sedonia Drive
Estero, Florida 33967

Sarac Distributors LLC
6391 Corporate Park Circle, Suite 1
Fort Myers, Lee County, Florida 33966

Yavex LLC
6391 Corporate Park Circle, Suite 1
Fort Myers, Lee County, Florida 33966

                                        By:____/s/ Mehmet Baysan_____
                                               Mehmet Baysan