# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# AT FORT MYERS

| | |
|---|---|
| ZSR Patlayici Sanayi A.S., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Civil Action No.: 2:19-cv-864-FtM-38MRM<br>) |
| Matthew Sarac,<br>Sarac Distributors LLC, and<br>Yavex LLC | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

\_\_\_\_\_  IS  related to pending or closed civil or criminal case(s) previously filed in the Court, or any other Federal or State court, or administrative agency as indicated below:

_____

_____

 X   IS NOT  related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this **NOTICE OF PENDENCY OF OTHER ACTIONS** upon each party no later than **FOURTEEN (14) DAYS** after appearance of the party.

Dated: 23rd day of December, 2019.

By: /s/ Mehmet Baysan
Mehmet Baysan *(admitted pro hac vice)*
Breeding Henry Baysan PC
900 S. Gay Street, Suite 1950
Knoxville, TN 37902
Telephone: (865) 670-8535
Facsimile: (865) 670-8536
Email: mbaysan@bhblegal.com

Ludmila Khomiak (FL Bar No. 91757)
The Casas Law Firm, PC
80 S.W. 8th Street, Suite 2000
Miami, FL 33130
Telephone: (855) 267-445
Email: mila@casaslawfirm.com

*Counsel for Plaintiff ZSR Patlayici Sanayi A.S.*

# CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of December 2019, a true and correct copy of the foregoing was served by U.S. mail on the following:

Matthew Sarac
8411 Sedonia Drive
Estero, Florida 33967

Sarac Distributors LLC
6391 Corporate Park Circle, Suite 1
Fort Myers, Lee County, Florida 33966

Yavex LLC
6391 Corporate Park Circle, Suite 1
Fort Myers, Lee County, Florida 33966

By:____/s/ Mehmet Baysan_____
       Mehmet Baysan