**UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA FORT MYERS DIVISION**

ZSR PATLAYICI SANAYI A.S.,

    Plaintiff,

v.                                    CASE NO. 2:19-CV-00864-SPC-MRM

SARAC DISTRIBUTORS LLC,
YAVEX LLC and MATTHEW SARAC,

    Defendants.

_____

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), I certify that the instant action:

_____ IS       related to pending or closed civil or criminal case(s) previously filed in the Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____
_____

__X__ IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

    I further certify that I will serve a copy of this **NOTICE OF PENDENCY OF OTHER ACTIONS** upon each party no later than **FOURTEEN (14) DAYS** after appearance of the party.

Dated: February 28, 2020

Respectfully submitted,

**s/Ryan L. Erdreich**
Ryan L. Erdreich, Esq. (Florida Bar No.: 65712)
rerdreich@pmlegalfirm.com
PISCIOTTI MALSCH
30 Columbia Turnpike, Suite 205
Florham Park, New Jersey 07932
Telephone:  (973) 245-8100
Facsimile:   (973) 245-8101

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that, on February 28, 2020, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system and a copy of the foregoing was served by the CM/ECF system upon all counsel and parties of record on the Service List below.

                                              **s/Ryan L. Erdreich**
                                              Ryan L. Erdreich, Esq. (Florida Bar No.: 65712)
                                              rerdreich@pmlegalfirm.com

## SERVICE LIST

Ludmila Khomiak (FL 91757)
mila@talentrights.law
THE CASAS LAW FIRM, P.C.
Brickell Bayview Center
80 S.W. 8th Street, Suite 2000
Miami, Florida 33130
Telephone: (855) 267-4457

Mehmet Baysan (NY 4922159)
mbaysan@bhblegal.com
BREEDING HENRY BAYSAN P.C.
7 World Trade Center
250 Greenwich Street, 46th Floor
New York, New York 1006
Telephone: (212) 245-1127

*Attorneys for Plaintiff*