IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
AT FORT MYERS

| | | |
|---|---|---|
| ZSR Patlayici Sanayi A.S., | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 2:19-CV-00864-SPC-MRM |
| | ) | |
| Matthew Sarac, | ) | |
| Sarac Distributors LLC, and | ) | |
| Yavex LLC, | ) | JURY DEMAND |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF SELECTION OF MEDIATOR**

Pursuant to the Court's February 25, 2020 Order (Dkt. 33), the parties have selected Christopher L. Griffin of Griffin Mediation LLC for the mediation of this case. Mr. Griffin is listed on this Court's roster of certified mediators.

Dated: March 10, 2020

                                              Respectfully submitted,

                                              By:   /s/ Matthew W. Olinzock
                                              Mehmet Baysan (NY 4922159 – pro hac vice)
                                              Matthew W. Olinzock (NY 4926846 – pro hac vice)
                                              BREEDING HENRY BAYSAN PC
                                              7 World Trade Center
                                              250 Greenwich Street, 46th Floor
                                              New York, NY 1006
                                              Tel: 212-235-1127
                                              Fax: 865-670-8536
                                              mbaysan@bhblegal.com
                                              molinzock@bhblegal.com

Ludmila Khomiak (FL 91757)
THE CASAS LAW FIRM, PC
Brickell Bayview Center
80 S.W. 8th Street, Suite 2000
Miami, FL 33130
Tel: 855-267-4457
mila@casaslawfirm.com

*Counsel for Plaintiff*


By:  /s/ Ryan L. Erdreich (*with permission*)
Ryan L. Erdreich, Esq. (FL 65712)
PISCIOTTI MALSCH
30 Columbia Turnpike, Suite 205
Florham Park, New Jersey 07932
Telephone: 973-245-8100
Facsimile: 973-245-8101
rerdreich@pmlegalfinn.com

*Counsel for Defendants*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of March 2020, I electronically filed the foregoing with the Clerk of Court using CM/ECF system, which automatically sends an electronic notification to all counsel of record and other CM/ECF participants.


By:  /s/ Matthew W. Olinzock