**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**AT FORT MYERS**

| | | |
|---|---|---|
| ZSR Patlayici Sanayi A.S., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 2:19-cv-864-FtM-38MRM |
| | ) | |
| Matthew Sarac, | ) | |
| Sarac Distributors LLC, and | ) | |
| Yavex LLC | ) | JURY DEMAND |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF FILING EXHIBITS A AND B TO THE FIRST AMENDED COMPLAINT**

NOW COMES Plaintiff, ZSR Patlayici Sanayi A.S., to submit this Notice of Filing of Exhibits A and B to the First Amended Complaint (Dkt. 39). The First Amended Complaint references certain Exhibits A and B in paragraphs 27 and 28, respectively. These same referenced exhibits were previously filed with the Court as Exhibits A and B to the original Complaint at Dkt. Nos. 1-1 and 1-2, respectively. For the purposes of completeness, the referenced Exhibits A and B in the First Amended Complaint are attached again hereto.

Respectfully submitted,

By:  /s/ Matthew W. Olinzock
Mehmet Baysan (NY 4922159 – *pro hac vice*)
Matthew W. Olinzock (NY 4926846 – *pro hac vice*)
**BREEDING HENRY BAYSAN PC**
7 World Trade Center
250 Greenwich Street, 46th Floor
New York, NY 1006
Tel: 212-235-1127
Fax: 865-670-8536

mbaysan@bhblegal.com
molinzock@bhblegal.com

Ludmila Khomiak (FL 91757)
**THE CASAS LAW FIRM, PC**
Brickell Bayview Center
80 S.W. 8th Street, Suite 2000
Miami, FL 33130
Tel: 855-267-4457
mila@casaslawfirm.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th, day of March 2020, I electronically filed the foregoing with the Clerk of Court using CM/ECF system, which automatically sends an electronic notification to all counsel of record and other CM/ECF participants.

By: ___/s/ Matthew W. Olinzock___