# EXHIBIT B

**Bahar AKDENİZ**

| | |
|---|---|
| **Subject:** | FW: Our Settlement Proposal |
| **Annexes:** | FINAL HESAPLAMALAR72116.xlsx |

**From:** MATT SARAC [mailto:mattsarac@amail.com]
**Sent:** Tuesday, April 04, 2017 12:05 AM
**To:** necmi.demir@yavascalar.com.tr
**Subject:** Our Settlement Proposal

Dear Mr. Necmi Demir,

First off, I would like to state that your interest and your positive attitude toward the matter has pleased us and also favorably affected us. In this respect, I would like to thank you and the members of the board.

Personally, I think that an agreement that can be reached in this matter can eliminate all the issues, and that it is now the best time to reach an agreement. If now both parties settle this matter, you will get rid of a doubtful receivable (also in which case, the questions raised to me by PWC will seize, which was another problem for me) and an unsolved matter for us will have been settled. If this matter is taken to the court, both parties will likely suffer attorneys' fees of at least 100 thousand dollars reaching up to 200 thousand dollars in some cases, and such lawsuits may take years to settle. It will go ultimately circle back to where we are today, but only after loss of time and amount of money. To avoid such unnecessary things, I wish we can reach an agreement and start the collection process instead of engaging in legal proceedings.

As you know, I had agreed with Mr. Ismail for an amount of $1,056,769.89 (of which 300 thousand dollars had been paid just one day after our verbal agreement and the remaining figure was around one million fifty six thousand or so). In that email he had agreed that 4t USA and YAF USA companies be shutdown, the brand Yavex be assigned to Yavaşçalar A.Ş., and that 250 thousand dollars remain outstanding as an open account at my sole control as due to the difficulty to compensate loss I had incurred as a result of the the debt / loan I had borrowed for the acquired land and due to huge amount of losses I had suffered. Last Friday, I asked my accountants about the estimated loss caused by the acquisition of the land. The loss which is still continuing to grow would reach or possibly exceed 430 thousand dollars (due to interest, tax, maintenance cost, plan, project costs, etc.). If we deduct that money spent for the acquisition of the land, our loss will be around 200 thousand dollars. On the other hand, we have suffered a large number of losses in addition to the losses related to the land such as attorneys' fees, costs related to the pick up and boxing of the goods stored in the warehouse, disposal of the boxes (due to banning of the YAVEX USA brand products in Greece, we had to dispose of the product boxes at hand as propaganda has been launched against us in the social medial last September causing as to suffer huge losses and we had to disconnect our telephone lines and we had suffered hard times as we closed the website and removed the sign boards, etc; i can provide more detail if required). I do not write these merely as an excuse but I would like to share them with you. The story is very long.

In sum, my proposal is as follows: I think that Yavaşçalar A.Ş. will not continue to allow me to maintain an ongoing outstanding balance of 250 thousand dollars which Mr. Ismail wanted to make available for our use, due to the change of management. In fact, in an effort to bring this matter to a finality, we are willing to enter into a comprehensive agreement covering all things rather than such an open ended loan arrangement..

Our proposal excluding machinery is **900 thousand dollars**. Of 1,056,789.89 dollars, 250 thousand dollars is a loan and amount payable was around 806 thousand [dollars] (of course at the time there were no unexpected circumstances and losses).

In this case, we shall either deliver the materials in our possession which are related to Yavascalar with a sales value of [approximately] 400 thousand dollars to a place assigned by you or we can sell them until the new year. If you wish, we can return the machines or deliver them to a place here chosen by you. These machine are 9mm filling, capsule striking, 12GA bullet, and buckshot fillings, and labeling machines.

If we set 400 thousand dollars aside, we offer the following payment schedule for the remaining 500 thousand dollars in two options:

Options

1. 50 thousand dollars in June 2017 and August 2017 (total 100 thousand dollars) in cash. 150 thousand dollars cash in October. Remaining 250 thousand dollars in October 2018 and March 2018 (125 each) total 500 thousand dollars.

2. 50 thousand dollars in June 2017 and August 2017 (total 100 thousand dollars) in cash. 150 thousand dollars cash in October. If you want to collect the remaining sum, we have automatic rifles to be manufactured. We can deliver 1250 pcs each valued at $200 to ATI (American Tactical Inc) or another distributor here or another firm I can advise as 600 pcs in July 2017 and 650 pcs in September 2017. We can notify the serial numbers so that the rifles belonging to you are registered.

The second option means the settlement of accounts in 2017 and I think it is more reasonable for you.

Attached is the final calculations discussed with Mr. Ismail [Yavascalar]. You can see the figures there. In fact, I had missed several things related to me in making such calculations, but I do not want any change anything now so that we can settle the case. You will enjoy a tremendous currency difference profit because the dollar was below 2 TRL when the goods have arrived. Of course, the interest might have been paid but in any case, you will earn much more due to the currency difference, and I believe this fact will encourage the settlement.

Finally, I would like to point out the following: Since the existing situation occurred unexpectedly, a certain period of time required to pass to reach today. I believe I acted fairly for both parties in making this proposal. I hope you will agree with my proposal considering the entire process we have been through thus far. I had the chance to [offer] lower figures in light of the supporting documents in my possession, but I wrote this way in an effort to reach a settlement. I believe with this agreement both parties can take their own ways.

If you also agree with the figures and options, we can talk about the details (description of the goods, possible buyers, etc) and I will send you a revised agreement this week (with the copy I have sent to Mr. Ismail [Yavascalar]) and we can close the matter with both parties benefiting from it. Instead of a process that will take years fruitlessly, it would be better to use the time in order to settle the case.

Best regards,

Mustafa Saraçoğulları

SARAC DISTRIBUTORS LLC and companies

Authorized Manager

Türkçe'den İngilizce'ye bu tercümenin tarafımdan yapıldığını onaylarım. / Translated from Turkish to English by the undersigned sworn translator.
Sworn Translator Ali KAHRAMAN

POZİTİF TERCÜME VE DANIŞMANLIK HİZMETLERİ LTD. ŞTİ.
Esentepe Mah. Müşir Derviş İbrahim Sk.
1. Blok Apt. No: 4 K:4 Şişli / İSTANBUL
Tel: 0212 227 22 39
Zincirlikuyu V.D.: 7330424873

**Bahar AKDENIZ**

| | |
|---|---|
| **Konu:** | FW: Uzlasma Teklifimiz |
| **Ekler:** | FINALHESAPLAMALAR72116.xlsx |

**From:** MATT SARAC [mailto:mattsarac@gmail.com]
**Sent:** Tuesday, April 04, 2017 12:05 AM
**To:** necmi.demir@yavascalar.com.tr
**Subject:** Uzlasma Teklifimiz

Sayin Necmi Demir Bey,

Öncelikle hemen şunu belirtmek isterim ki, tarafınızdan gösterilen ilgi, konuya pozitif yaklaşımınız bizi çok mutlu etti ve ayrica olumlu etkiledi. Bu anlamda size ve yönetim kurulu üyelerine teşekkür etmek isterim.

Şahsen, bu konu ile ilgili olarak şu anda yapılabilecek bir antlaşmanın tüm problemi ortadan kaldirabileceğini ve zamanlama olarak da en uygun zaman olduğunu düşünmekteyim. Şu anda her iki taraf ta bu konuyu bitirirse hem sizin için şüpheli alacak olmaktan çıkacak(bana PWC'den sorulan sorular da bu durumda sona ermiş olacak ki, o da ayrı bir problemdi) hem de bizim için de açıkta kalan bir konu kapanmış olacak . Bu tip bir dava işlemeye başladiği zaman her iki taraf minimum 100 bin, muhtemelen 200 bin dolar avukatlık parası odeyebilir ve  bu tip davalar  yıllarca sürebilir. Sonuçta dönüp dolaşıp aynı yere gelecek, zaman ve gelir kaybı yaşanacak . Ben bunu önlemek için sizinle bu konuda anlaşıp, dava yerine tahsilat sürecinin başlamasını arzu ederim.

Bildiğiniz gibi biz İsmail Bey ile en son $1,056,769.89 olarak rakamı anlaşmıştım(300 bin doları sözlü anlaşmamıza müteakiben hemen ertesi günde ödenmişti ve kalan rakam bir milyon elli altı bin küsur şekline gelmişti). O email de kendisi 4t USA ve YAF USA şirketlerinin kapatılmasını, Yavex markasının devrinin Yavasçalar AŞ'ye yapılmasını, ayrıca alınan arsa nedeni ile aldığım borç/kredinin tamirinin zor olması ve ciddi miktarda kaybın olması sebebi ile 250 bin dolarin da açık hesap olarak tamamen benim insiyatifimde olarak kalmasını kabul etmişlerdi. Ben geçen Cuma günü muhasebecilere arsa ile ilgili ortalama kayıp nedir diye sordum. Halen devam eden kayıp (faiz, vergi, bakım, plan proje masrafları vs gibi tüm nedenler ile) miktarı su anda toplamda 430 bin dolara varacak belki de gececek. Arsayı aldığımız paraları düşersek demek ki 200 bin dolara yakın kaybımız olacak. Ayrıca arsa dışında avukat paraları, depodaki malların toparlanması kutulanması için oluşan masraflar, kutuların atılması (Yunanistan'da yakalanan YAVEX USA markalı ürünlerin yüzünden biz eldeki ürün kutularını atmak zorunda kaldık çünkü aleyhimizde propaganda başladı geçen sene Eylül'de sosyal medya da , çok büyük kayba uğradik, telefonları kapatmak zorunda kaldık, zor zamanlar geçirdik, siteyi kapattık, levhaları söktürdük vs. Ayrıntıları anlatirim gerekirse)  gibi envai çeşit zararımız mevcuttur. Bunları bahane

1

oluşturmak için yazmıyorum ama yeri geldiği için paylaşmak ta istiyorum. Bu konulara girersek çok uzun sürer.

   Toparlarsak, teklifim şudur: Tahmin ediyorum ki şu anda Yavaşcalar AŞ, İsmail Bey'in bize kullandırmak istediği 250 bin doları kullandıramayacak en azından geçici olarak değil oluşmuş olan yönetim değişikliği nedeni ile. Zaten biz de açıkçası boyle ucu açık bir krediden ziyade, direkt herşeyi kapsayan bir antlaşmaya gitmek isteriz sorunu komple temizlemek adına.

   Teklifimiz Makineler haric **toplam tamamı 900 bin dolardir**. Normalde 1,056,789.89 dolardan 250 bini kredi olup ödeme 806 bin küsur idi (o zaman böyle beklenmedik durum ve zararlar da yoktu tabii ki) .

  Bu durumda biz elimizde bulunan Yavaşcalar ile alakalı 400 bin dolar satış bedeli olan malzemeleri ya sizin belirlediğiniz bir yere verelim ya da kendimiz yılbasına kadar satalım . Makineleri yine ya geri gönderelim ya da burda sizin istediğiniz bir yere gönderelim. Bu makineler 9mm doldurma, kapşül çakma, 12GA kurşun ve şavretin doldurma ve etiketleme makinesidir.

  400 bin doları cıkarsak kalan 500 bin dolar için de şu ödeme planını sunuyoruz iki seçenek halinde.

Seçenekler

1. Haziran 2017 ve Ağustos 2017 de $50 şer bin dolar nakit . Ekim'de 150 bin dolar nakit. Kalan 250 bin ise 2018 Ocak ve Mart aylarına 125'er bin dolar olmak üzere toplam 500 bın dolar .

2. Haziran 2017 ve Ağustos 2017 de $50 şer bin dolar nakit . Ekim'de 150 bin dolar nakit. Kalan kısmı yıl bitmeden tahsil edelim diyorsanız yapılacak olan otomatik tüfeklerimiz var. Onların beher bedeli $200 olanlarından 1250 adetini, ya ATI – American Tactıcal firmasına veya burda bir distributore ya da benim tavsiye edeceğim calistigim bir firmaya satması icin Temmuz ve Eylül 2017 de 600 ve 650 adet olarak teslim etmek. Bunların seri numaralarını bildiririz böylece size ait tüfekler kayda alınır.

İkinci seçenek bütün hesabı 2017'de bitiriyor olmak demek, belki sizin için daha mantıklı olur diye düşündüm.


Ekte İsmail Bey ile konuşulmuş olan final hesaplamalar mevcuttur. Orda rakamları görebilirsiniz. Aslında o hesapları yaparken ben kendime ait birkaç şeyi kaçırmışım ama bu saatten sonra artık konuyu bağlamak adına değişiklik istemiyorum. Sizin için de bu tahsilattan dolayı ciddi bir kur farkı karı oluşacak ki bu malların geldiği tarihlerde dolar 2 TL aldında idi. Tabii ki faiz ödenmiş olabilir ama yine de size kur farkı hesabı ile çok daha fazlasını getireceğine ve meselenin çözülmesine yardımcı olacağına inanmaktayım.

Kapatırken şuna da dikkatinizi çekmek isterim: Mevcut durum kimsenin beklemediği bir anda olduğu için, belli bir zaman geçmesi gerekti bugünlere gelmek için. Bu teklifi sizlere yazarken her iki taraf için de adil bir secim yaptığıma inanıyorum. Sizden de naçizane beklentim, değerlendirme yaparken bizim durumumuzu geçirdiğimiz aşamaları da göz önüne alıp bu teklifime onay vermenizdir. Daha düşük yazma şansım ve belgelerim vardı ama konuyu uzatmamak adına bu sekilde yazdım . Bu antlasma ile her iki tarafın da kendi yoluna gideceğine inanıyorum.

Siz de tamam derseniz rakama ve bu dediklerime ayrıntıları (mallar nedir, nereye satılsın vs gibi) konuşur bu hafta benim size göndereceğim yenilenmiş anlaşma (İsmail Bey'e yolladığımın kopyası) ile hayırlısı ile neticelendiririz. Yıllarca sürecek ve sonuçta aynı yere varacak bir süreç yerine, o zamani problem bitirmek adına kullanalım derim .

Saygılarımla,

Mustafa Saraçoğulları

SARAC DISTRIBUTORS LLC ve şirketleri

Yetkili Müdür .

Bu e-posta ve muhtemel eklerinde verilen bilgiler kişiye özel ve gizli olup, yalnızca mesajda belirlenen alıcı ile ilgilidir. Size yanlışlıkla ulaşmışsa lütfen göndericiye bilgi veriniz, mesajı siliniz ve içeriğini başka bir kişiye açıklamayınız, herhangi bir ortama kopyalamayınız. Bu mesaj veya ekleri, aksi sözleşme ile veya mesaj içeriğinde açıkça belirtilmedikçe, herhangi bir işleme ilişkin olarak şirketimizin adına herhangi bir teklif, kabul veya teyit amacı taşımamaktadır. Verilen bilgilerin doğru veya eksiksiz olmasına yönelik bir garanti verilmemekte olup, bilgiler önceden bildirilmeksizin değiştirilebilecektir. Bu mesajın içeriği şirketimizin resmi görüşlerini yansıtmayabileceğinden ZSR Patlayıcı San.A.Ş. hiçbir hukuki sorumluluğu kabul etmez.

ZSR Patlayıcı San.A.Ş. Kavaklı Mah. Kavaklı Sok. No1/B Karesi / Balıkesir  - Mersis No: 0940005780200016 - www.zsrpatlayici.com

You are kindly requested to share your valuable views and opinions to us via the Contact Us section on our website.

The information provided in this e-mail and any attachments it may contain is proprietary and confidential, and is only related with the receiver of this message. If it is sent to you by mistake; please inform the sender, delete the message and do not explain its contents to anyone, and do not copy it in any form. Unless otherwise provided by contract, this message is not intended to act as a banking transaction such as an offer, purchase or sale of a financial transaction or confirmation of a remittance. No guarantee is given for the accuracy or integrity of any or all information provided herein and such information may be changed without prior notice. ZSR Patlayici San.A.S. acknowledges no legal responsibility whatsoever as may be related with or arise out of the content of this message as it may not reflect the official policy of our Company.

ZSR Patlayıcı San.A.Ş. Kavaklı Mah. Kavaklı Sok. No1/B Karesi / Balıkesir - Central Registry Record System Number: 0940005780200016 - www.zsrpatlayici.com

Bu e-posta ve muhtemel eklerinde verilen bilgiler kişiye özel ve gizli olup, yalnızca mesajda belirlenen alıcı ile ilgilidir. Size yanlışlıkla ulaşmışsa lütfen göndericiye bilgi veriniz, mesajı siliniz ve içeriğini başka bir kişiye açıklamayınız, herhangi bir ortama kopyalamayınız. Bu mesaj veya ekleri, aksi sözleşme ile veya mesaj içeriğinde açıkça belirtilmedikçe, herhangi bir işleme ilişkin olarak şirketimizin adına herhangi bir teklif, kabul veya teyit amacı taşımamaktadır. Verilen bilgilerin doğru veya eksiksiz olmasına yönelik bir garanti verilmemekte olup, bilgiler önceden bildirilmeksizin değiştirilebilecektir. Bu mesajın içeriği şirketimizin resmi görüşlerini yansıtmayabileceğinden ZSR Patlayıcı San.A.Ş. hiçbir hukuki sorumluluğu kabul etmez.

ZSR Patlayıcı San.A.Ş. Kavaklı Mah. Kavaklı Sok. No1/B Karesi / Balıkesir  - Mersis No: 0940005780200016 - www.zsrpatlayici.com

You are kindly requested to share your valuable views and opinions to us via the Contact Us section on our website.

The information provided in this e-mail and any attachments it may contain is proprietary and confidential, and is only related with the receiver of this message. If it is sent to you by mistake; please inform the sender, delete the message and do not explain its contents to anyone, and do not copy it in any form. Unless otherwise provided by contract, this message is not intended to act as a banking transaction such as an offer, purchase or sale of a financial transaction or confirmation of a remittance. No guarantee is given for the accuracy or integrity of any or all information provided herein and such information may be changed without prior notice. ZSR Patlayici San.A.S. acknowledges no legal responsibility whatsoever as may be related with or arise out of the content of this message as it may not reflect the official policy of our Company.

ZSR Patlayıcı San.A.Ş. Kavaklı Mah. Kavaklı Sok. No1/B Karesi / Balıkesir - Central Registry Record System Number: 0940005780200016 - www.zsrpatlayici.com