**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**AT FORT MYERS**

| | |
|---|---|
| ZSR PATLAYICI SANAYI A.S., | |
| Plaintiff, | CASE NO.  2:19-cv-00864-SPC-MRM |
| v. | |
| MATTHEW SARAC, SARAC DISTRIBUTORS LLC, And YAVEX LLC, | |
| Defendants. | |

**UNOPPOSED/CONSENT MOTION FOR EXTENSION OF TIME**
**TO RESPOND TO PLAINTIFF'S MOTION TO DISMISS AND STRIKE**

Defendants Matthew Sarac, Sarac Distributors LLC, and Yavex LLC (collectively "Defendants"), by and through its undersigned counsel, and with the consent of Plaintiff, respectfully requests that this Honorable Court enter an Order extending Defendants' time to file a response to Plaintiff's Motion to Dismiss Certain of Defendants' Counterclaims and to Strike Certain of Defendants' Affirmative Defenses (Dkt. No. 44) by one week, to May 28, 2020.  In support of this motion, Defendant states as follows:

1.      Defendants filed their Answer to the First Amended Complaint, Affirmative Defenses, Counterclaim and Jury Demand on March 26, 2020. (Dkt. No. 41).

2.      After receiving an extension of time (*see* Dkt. Nos. 42 & 43), on May 7, 2020, Plaintiff filed a Motion to Dismiss Certain of Defendants' Counterclaims and to Strike Certain of Defendants' Affirmative Defenses (Dkt. No. 44).

3.      Defendants' deadline to file a response to the Motion to Dismiss is currently May 21, 2020.

4.      The undersigned has made efforts to consult with Defendants about the Motion to Dismiss, but we have not yet had a meaningful opportunity to address the arguments with our client. This is largely a result of the COVID-19 pandemic and its impact on Defendants' operations. Specifically, Defendants have had limited operations over the past several weeks. Matthew Sarac, our chief contact for Defendants,  has been working on an extremely limited basis while caring for his young child since his wife, a doctor, has been working extensive hours treating COVID-19 patients. As a result, to date, Mr. Sarac has been unable to meaningfully address the Motion and/or discuss a possible response.

5.      In light of the current responsive deadline, and in an effort to conserve judicial resources and assure a complete and accurate response to the Motion, this office inquired with Plaintiff about a one week extension of the time to respond to the Motion, which was consented to by Plaintiff's counsel.

6.      Accordingly, Defendants respectfully move this Honorable Court and respectfully request that an Order be entered which extends the time for Defendants to respond to the Motion to Dismiss until May 28, 2020.

7.      This Motion is brought in good faith, with an intent to conserve judicial resources, and is not sought for any dilatory purpose.  Neither the parties nor the administration of justice will be prejudiced by the granting of this Consent Motion.

**WHEREFORE,** Defendants respectfully request that the instant Unopposed/Consent Motion be granted, and that Defendants' time to respond to Plaintiff's Motion to Dismiss (Dkt. No. 44) be extended by one week, to May 28, 2020.

## CERTIFICATE OF PRE-FILING CONFERENCE

Pursuant to Local Rule 3.01(g), the undersigned certifies that he has conferred in good faith with counsel for Plaintiff regarding the above-referenced matters, and Plaintiff's counsel has consented to the relief requested herein.  Counsel for the parties conferred via telephone and electronic mail on May 14, 2020.

Submitted this 15th day of May 2020

Respectfully submitted,

By:  s/Ryan L. Erdreich
Ryan L. Erdreich, Esq. (Florida Bar No.:  65712)
rerdreich@pmlegalfirm.com
PISCIOTTI MALSCH
30 Columbia Turnpike, Suite 205
Florham Park, New Jersey 07932
Telephone: (973) 245-8100
Facsimile:  (973) 245-8101

*Attorneys for Defendants Matthew Sarac, Sarac Distributors LLC, and Yavex LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 15th day of May 2020, I caused the foregoing to be electronically filed with the Clerk of the Court and served on counsel for all parties via the Court's Electronic Case Filing System.

Dated: May 15, 2020

By:   s/ Ryan L. Erdreich
         Ryan L. Erdreich, Esq.
         Florida Bar No.: 65712