**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
AT FORT MYERS**

ZSR PATLAYICI SANAYI A.S.,

    Plaintiff,

v.

MATTHEW SARAC,
SARAC DISTRIBUTORS LLC,
And YAVEX LLC,

    Defendants.

CASE NO.  2:19-cv-00864-SPC-MRM

**UNOPPOSED/CONSENT MOTION FOR ADDITIONAL PAGES FOR PENDING OPPOSITION TO PLAINTIFF'S MOTION TO DISMISS COUNTERCLAIM AND TO STRIKE CERTAIN AFFIRMATIVE DEFENSES**

Defendants Matthew Sarac, Sarac Distributors LLC, and Yavex LLC (collectively "Defendants"), by and through its undersigned counsel, and with the consent of Plaintiff, respectfully requests that this Honorable Court enter an Order permitting Defendant approximately five (5) additional pages for their pending Opposition to Plaintiff's Motion to Dismiss Amended Counterclaim and to Strike Certain Amended Affirmative Defenses (Dkt. No. 49).  In support of this motion, Defendants state as follows:

    1.    Defendants filed their Answer to the First Amended Complaint, Affirmative Defenses, Counterclaim and Jury Demand on March 26, 2020. (Dkt. No. 41).

    2.    On May 28, 2020, Defendants filed an Amended Answer, Affirmative Defenses, Counterclaim and Jury Demand. (Dkt. No. 47).

    3.    On June 11, 2020, Plaintiff filed a Motion to Dismiss Certain of Defendants' Amended Counterclaim and to Strike Certain of Defendants' Amended Affirmative Defenses (Dkt. No. 49).

4. Defendants' deadline to file a response to the Motion to Dismiss/Motion to Strike is currently June 25, 2020.

5. Inasmuch as Plaintiff filed one combined Motion to Dismiss and Motion to Strike, but is seeking two separate forms of relief (dismissing part of the Counterclaim and striking some of the Affirmative Defenses), Defendants do not believe that they will be able to properly and fully address both separate issues in a single 20-page brief.  Pursuant to Local Rule 3.01(b), the party opposing a motion is limited to one 20-page brief.

6. Given the substance of the Motion to Dismiss/Motion to Strike, Defendants believe they may require approximately five (5) additional pages in their opposition brief to be able to fully address all issues and arguments raised by Plaintiff in its Motion.

7. Plaintiff has consented to this request for additional pages.

8. Accordingly, Defendants respectfully move this Honorable Court and respectfully request that an Order be entered permitting Defendant approximately five (5) additional pages for their pending Opposition to Plaintiff's Motion to Dismiss Amended Counterclaim and to Strike Certain Amended Affirmative Defenses (Dkt. No. 49).

9. This Motion is brought in good faith, with an intent to conserve judicial resources, and is not sought for any dilatory purpose.  Neither the parties nor the administration of justice will be prejudiced by the granting of this Motion.

**WHEREFORE,** Defendants respectfully request that the instant Unopposed/Consent Motion be granted, and that Defendants be permitting approximately five (5) additional pages for their pending Opposition to Plaintiff's Motion to Dismiss Amended Counterclaim and to Strike Certain Amended Affirmative Defenses.

**CERTIFICATE OF PRE-FILING CONFERENCE**

Pursuant to Local Rule 3.01(g), the undersigned certifies that he has conferred in good faith with counsel for Plaintiff regarding the above-referenced matters, and Plaintiff's counsel has consented to the relief requested herein. Counsel for the parties conferred via telephone and electronic mail on June 24, 2020.

Submitted this 24th day of June 2020

    Respectfully submitted,

By: s/Ryan L. Erdreich
Ryan L. Erdreich, Esq. (Florida Bar No.: 65712)
rerdreich@pmlegalfirm.com
PISCIOTTI MALSCH
30 Columbia Turnpike, Suite 205
Florham Park, New Jersey 07932
Telephone: (973) 245-8100
Facsimile: (973) 245-8101

*Attorneys for Defendants Matthew Sarac, Sarac Distributors LLC, and Yavex LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 24th day of June 2020, I caused the foregoing to be electronically filed with the Clerk of the Court and served on counsel for all parties via the Court's Electronic Case Filing System.

Dated: June 24, 2020

                                              By:  s/ Ryan L. Erdreich
                                                        Ryan L. Erdreich, Esq.
                                                        Florida Bar No.: 65712